

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2007

**BY FACSIMILE – 212-805-7906**

The Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/07
```

    Re:   <u>United States v. Christopher Ramdin,</u>
           S2 07 Cr. 665 (DC)

Dear Judge Chin:

       The Government writes to inform Your Honor that a superseding indictment was obtained in this case on December 5, 2007, adding one new defendant, Antonio Rodriguez. A copy of the superceding indictment is enclosed for Your Honor's files.

       Time has already been excluded under the prior superseding indictment until the next conference in this matter, set for January 10, 2008 at 4:30 p.m. The Government nonetheless requests that time continue to be excluded until the next pre-trial conference for all three defendants, so the parties can continue to engage in discussions regarding a disposition of this matter and so the Government can produce additional discovery. I have spoken to defense counsel in this matter, who consent to this request and who agree to postpone the defendants' arraignment on the latest superceding indictment until that conference.

                                                      Respectfully submitted,

**APPLICATION GRANTED.**
**SO ORDERED**

/s/ Denny Chin
Denny Chin U.S.D.J.
12/19/07

                                                 MICHAEL J. GARCIA
                                                 United States Attorney

                             By:  /s/ Christopher L. LaVigne
                                      Christopher L. LaVigne
                                      Assistant United States Attorney
                                      (212) 637-2325

cc:   Jack Goldberg, Esq. (212) 227-2736
       Rachel Hemani, Esq. (212) 856-9494
       Seth Farber, Esq. (212) 259-6333