# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel +1 212 259 7227
fax +1 212 259 6333
jamato@dl.com

January 15, 2008

<u>BY FACSIMILE (212) 805-7906</u>

Honorable Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1020
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2008
```

Re:   <u>United States v. Ramdin</u>, 07 Cr. 665 (DC)

Dear Judge Chin:

We represent the defendant Antonio Rodriguez in the above referenced case, and write to confirm that the conference in this matter that was scheduled for January 10, 2007, has been rescheduled for January 18, 2007 at 2:30 p.m. The Court had previously excluded time for all of the defendants until the previously scheduled conference. In light of the rescheduling, we consent to the continued exclusion of time until the conference on January 18, 2007. I have corresponded with counsel for defendant Maurice Quinlan and they also consent to such exclusion.

Respectfully submitted,

Jeffrey J. Amato

cc:   AUSA Christopher L. LaVigne
      Jack Goldberg, Esq.
      Rachel Hemani, Esq.

*The time until 1/18/08 is excluded, for speedy trial purposes, in the interest of justice, SO ORDERED.*

USDJ 1/15/08

NEW YORK | LONDON multinational partnership | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | EAST PALO ALTO
FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MILAN | MOSCOW | PARIS multinational partnership | RIYADH affiliated office | ROME | SAN FRANCISCO | WARSAW