

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/08

BY FACSIMILE – 212-805-7906

The Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007

Re:   United States v. Christopher Ramdin,
       S2 07 Cr. 665 (DC)

Dear Judge Chin:

The Government writes to inform Your Honor that it has conferred with Pre-Trial Services, which does not object to modifying defendant Antonio Rodriguez's bail conditions to remove the condition of home confinement of the defendant from 7 a.m. to 7 p.m., Monday until Sunday, provided electronic monitoring remains in effect.

In addition, the Government informs Your Honor that it presently has a scheduling conflict with the June 23, 2008 trial date that was set for this matter on February 27, 2008. Accordingly, the Government requests that the trial date in this matter be adjourned until July 14, 2008. I have spoken with all defense counsel about this matter, and none object to this request.

*Adjourned to*
*July 7, 2008.*
*SO ORDERED.*

USDJ 3/7/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christopher L. LaVigne
Assistant United States Attorney
(212) 637-2325

cc:   Jack Goldberg, Esq. (212) 227-2736
       Rachel Hemani, Esq. (212) 856-9494
       Seth Farber, Esq. (212) 259-6333
       Dennis Khilkevich (212) 805-4176