```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA,         :    WAIVER OF INDICTMENT
                                  :
           - v -                  :    S3 07 Cr. 665 (DC)
                                  :
ANTONIO RODRIGUEZ,                :
                                  :
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: May 20, 2008
      New York, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 20 2008
```

0202